Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Hassan Swann and David A. Hartfield <br> *Plaintiff* <br> v. <br> Karen Handel, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) )  Civil Action No. <br> **1 09-CV-2674** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jeffrey L. Mann
DeKalb County Sheriff's Office
4415 Memorial Drive
Decatur, Georgia 30032

   A lawsuit has been filed against you.

   Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: ___SEP 29 2009___

_____
*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Hassan Swann and David A. Hartfield <br> *Plaintiff* <br> v. <br> Karen Handel, et al. <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. <br> **1 09-CV-2674** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Maxine Daniels
Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 2 9 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Hassan Swann and David A. Hartfield )
)
*Plaintiff* )
)
v. ) Civil Action No.
)
Karen Handel, et al. )
)
*Defendant* ) **1 09-CV-2674**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Linda Latimore
Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 29 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Hassan Swann and David A. Hartfield ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| Karen Handel, et al. ) | |
| *Defendant* ) | 1 09-CV-2674 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Baoky Vu
Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 29 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Hassan Swann and David A. Hartfield ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| Karen Handel, et al. ) | 1 09-CV-2674 |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Samuel Tillman
Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 29 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Hassan Swann and David A. Hartfield ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| Karen Handel, et al. ) | 1 09-CV-2674 |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Leona Perry
Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 2 9 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Hassan Swann and David A. Hartfield )
)
*Plaintiff* )
)
v. ) Civil Action No.
)
Karen Handel, et al. )
) **1 09-CV-2674**
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Catherine Gilliard
Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 29 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Hassan Swann and David A. Hartfield ) <br> ) <br> *Plaintiff* ) <br> ) <br> v. ) <br> ) <br> Karen Handel, et al. ) <br> ) <br> *Defendant* ) | Civil Action No. <br><br> **1 09-CV-2674** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Michael Coveny
Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 2 9 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | |
|---|---|
| Hassan Swann and David A. Hartfield ) | |
| ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. |
| ) | **1 09-CV-2674** |
| Karen Handel, et al. ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dekalb County Board of Registrations and Elections
4380 Memorial Drive
Suite 300
Decatur, Georgia 30032

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: SEP 29 2009

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Hassan Swann and David A. Hartfield )
)
*Plaintiff* )
)
v. )  Civil Action No. **1 09-CV-2674**
Karen Handel, et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Karen Handel
Georgia Secretary of State
214 State Capitol
Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nancy Abudu
Laughlin McDonald
American Civil Liberties Union Foundation
230 Peachtree Street NW, Suite 1440
Atlanta, Georgia 30303

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: **SEP 2 9 2009**

*Signature of Clerk or Deputy Clerk*

Local Form 440 (07/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: