IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HASSAN SWANN, et al.,

   Plaintiffs,

     v.

KAREN HANDEL
in her official capacity as Secretary of
State for the State of Georgia, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-2674-TWT

ORDER

This is a civil rights action.  It is before the Court on the Motion to Withdraw

as Counsel for Plaintiff David Hartfield [Doc. 52] which is GRANTED.  The Plaintiff

is directed to file a notice of substitute counsel or intention to proceed pro se within

14 days of the docketing of this Order.

SO ORDERED, this 25 day of May, 2010.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Swann\withdraw.wpd