IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HASSAN SWANN and
DAVID A. HARTFIELD,

     Plaintiffs,

v.

KAREN HANDEL, in her official capacity
as Secretary of State for the State of
Georgia; THE DEKALB COUNTY
BOARD OF REGISTRATION AND
ELECTIONS; et al.,

     Defendants.
_____

CIVIL ACTION FILE NO.
1:09-CV-2674-TWT

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** Defendants **DeKalb County Board of Registration and Elections, Michael P. Coveny, Catherine Gilliard, Leona Perry, Samuel Tillman, Baoky Vu, Linda Latimore, Maxine Daniels and Jeffrey L. Mann** (hereinafter "Defendants") in the above-captioned matter and move this Court to grant summary judgment in their favor pursuant to Rule 56 of the Federal Rules of Civil Procedure as to Plaintiffs Hassan Swann and David Hartfield's equal protection and due process claims.  As grounds for this motion, Defendants assert that there is no genuine issue as to any material fact and that they are entitled to

summary judgment as a matter of law. Defendants rely specifically upon the following legal bases for this motion:

### 1.

Plaintiffs have wholly failed to and cannot demonstrate that Defendants violated their equal protection rights under the 14th Amendment.

### 2.

Plaintiffs have wholly failed to and cannot demonstrate that Defendants violated their due process rights under the 14th Amendment.

### 3.

Plaintiffs' claims against Defendants Maxine Daniels and Jeffrey L. Mann, in their individual capacities, are barred by qualified immunity.

### 4.

Plaintiffs have failed to raise a disputed issue as to any material set of facts upon which their claims for relief can be based, thus warranting summary judgment as a matter of law.

Further, Defendants submit herewith a Statement of Material Facts as to which there is no genuine issue to be tried. The pleadings, Plaintiffs Complaints, Defendants' Answers, the depositions of Hassan Swann, H. Maxine Daniels and Jeffrey L. Mann support Defendants' Statement of Material Facts and this Motion.

Defendants contemporaneously file herewith their Memorandum of Law in support of their Motion for Summary Judgment, Statement of Material Facts not in dispute and Notice of Filing.  Defendants request that this Court grant the instant Motion for Summary Judgment and enter judgment in their favor.

Respectfully submitted this 2nd day of July 2010.

DUANE D. PRITCHETT
CHIEF ASST. COUNTY ATTORNEY
Georgia Bar No. 392090

*/s/ Brenda A. Raspberry*
BRENDA A. RASPBERRY
SENIOR ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 595130

Attorneys for Defendants

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Brenda A. Raspberry
Senior Assistant County Attorney
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011 (phone)
(404) 371-3024 (facsimile)
baraspberry@dekalbcountyga.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **HASSAN SWANN and**<br>**DAVID A. HARTFIELD,** | : |
| Plaintiffs, | : |
| v. | : **CIVIL ACTION FILE NO.**<br>: **1:09-CV-2674-TWT** |
| **KAREN HANDEL, in her official capacity**<br>**as Secretary of State for the State of**<br>**Georgia; THE DEKALB COUNTY**<br>**BOARD OF REGISTRATION AND**<br>**ELECTIONS; et al.,** | : |
| Defendants. | : |

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 2, 2010 I electronically filed **Defendants'**

**Motion for Summary Judgment** with the Clerk of Court using the CM/ECF

system, which will automatically send e-mail notification of such filing to the

following attorney of record:

> Nancy G. Abudu, Esq,
> Laughlin McDonald, Esq.
> American Civil Liberties Union
> Voting Rights Project
> 230 Peachtree Street, NW, Suite 1440
> Atlanta, GA 30303

Chara Fisher Jackson, Esq.
American Civil Liberties Union of Georgia
1900 The Exchange, S.E.
Bldg. 400, Suite 425
Atlanta, GA 30339

Neil Bradley, Esq.
3276 Wynn Drive
Avondale Estates, GA 30002

Brian Spears, Esq.
1126 Ponce de Leon Avenue, NE
Atlanta, GA 30306

Stefan Ritter, Esq.
Sr. Assistant Attorney General
State Law Department
40 Capitol Square, SW
Atlanta, GA 30334

This is to further certify that the foregoing document was prepared using 14

pt Times New Roman font.

*s/ Brenda A. Raspberry*
BRENDA A. RASPBERRY
SR. ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 595130