IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HASSAN SWANN and
DAVID A. HARTFIELD,

Plaintiffs,

v.

KAREN HANDEL, in her official
capacity as Secretary of State for the
State of Georgia; THE DEKALB
COUNTY BOARD OF REGISTRATION
AND ELECTIONS; et al.,

Defendants.
_____

CIVIL ACTION FILE NO.
1:09-CV-2674-TWT

## DEFENDANTS DEKALB COUNTY BOARD OF REGISTRATION AND ELECTIONS, MICHAEL COVENY, CATHERINE GILLIARD, LEONA PERRY, SAMUEL TILLMAN, BAOKY VU, LINDA LATIMORE, MAXINE DANIELS AND JEFFREY L. MANN'S STATEMENT OF UNDISPUTED MATERIAL FACTS

COME NOW **Defendants DeKalb County Board of Registration and Elections, Michael Coveny, Catherine Gilliard, Leona Perry, Samuel Tillman, Baoky Vu, Linda Latimore, Maxine Daniels and Jeffrey L. Mann** (hereinafter "Defendants"), by and through counsel, and pursuant to Local Rule 56.1 (B) show this Court Defendants' undisputed material facts as to which there is no genuine

issue to be tried in support of their Motion for Summary Judgment filed contemporaneously herewith.

1.

Defendant Jeffrey L. Mann was the Chief Deputy under DeKalb County's Sheriff at all times relevant to this action.  [Jeffrey L. Mann Deposition, p. 9].

2.

In or around early October of 2008, Chief Mann instructed Wanda Collins, the jail commander, to have her staff to inform the jail inmates about the opportunity to vote by absentee ballot during the November 2008 general election. [Mann Depo. p. 24, 27 and 31].

3.

Thereafter, DeKalb jail staff distributed absentee ballot applications and voter registration applications to jail inmates who expressed an interest in absentee voting.  [Mann Depo p. 25].

4.

DeKalb jail staff collected the completed absentee and voter registration applications from the jail inmates, and forwarded them to Chief Mann.  [Mann Depo. p. 25].

5.

Chief Mann's jail staff either hand-delivered the completed applications to the DeKalb County Voter Registration and Elections office or sent them by inter-office mail to the Elections Office.  [Mann Depo.  pp. 27, 57 and 59-60].

6.

Chief Mann was informed by Defendant Maxine Daniels with the DeKalb Elections Office that, if an inmate resided in DeKalb County, his absentee ballot could not be delivered to the jail but must be sent to his home address.  [Mann Depo.  pp. 34, 36-37].

7.

Chief Mann instructed Major Collins to inform the jail inmates, who were DeKalb County residents, that they should put their home address on the absentee application and not the DeKalb County jail's address because their absentee ballot could not be delivered to the jail.  [Mann Depo. p. 34].

8.

Thereafter, Chief Mann directed Major Collins to place a box in the jail lobby such that a jail inmate's family member could drop off an absentee ballot which would later be taken to that particular inmate, who could then vote by absentee ballot.  [Mann Depo. pp. 53-54].

9.

Plaintiff Hassan Swann admitted, during his deposition, that he received an Application for Official Absentee Ballot–2008 General Election from a staff person at the DeKalb County jail.  [Hassan Swann Deposition, pp. 37 and 59-60].

10.

Swann filled out the absentee application himself, dated it 9/30/08, and signed it.  [Swann Depo. p. 64].

11.

Swann wrote his registered address to be "7811 White Oak Loop, Lithonia, GA 30038" on his absentee application.   [Swann Depo. pp. 65-66].   Swann returned his completed absentee application back to a jail staff person. [Swann Depo. p. 36].

12.

Swann did not put the DeKalb County jail's address anywhere on his absentee application.  [Swann Depo. p. 70].

13.

The DeKalb Elections Office's records indicate that Swann's absentee ballot application was received on October 2, 2008.  [Helen Maxine Daniels Deposition p. 44].

14.

The DeKalb Elections Office sent, by mail on October 20, 2008, an absentee ballot to Swann's registered address, 7811 White Oak Loop, Lithonia, GA 30038, which was **prior to** the November 2008 General Election.  [Daniels Depo., pp. 58-60 and 89-90].

15.

The Elections Office staff did not have any information that Swann was incarcerated at the DeKalb County jail when his absentee ballot was processed and mailed out.  [Daniels Depo. pp. 89-90].

Respectfully submitted this 2nd day of July 2010.

DUANE D. PRITCHETT
CHIEF ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 588330

*s/ Brenda A. Raspberry*
BRENDA A. RASPBERRY
SENIOR ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 595130

Attorneys for Defendants DeKalb County Board of Registration & Elections, Michael Coveny, Catherine Gilliard, Leona Perry, Samuel Tillman, Baoky Vu, Linda Latimore, Maxine Daniels and Jeffrey L. Mann

PLEASE ADDRESS ALL
COMMUNICATIONS TO:

Brenda A. Raspberry
Senior Assistant County Attorney
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011 (phone)
(404) 371-3024 (facsimile)
baraspberry@dekalbcountyga.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**HASSAN SWANN and**
**DAVID A. HARTFIELD,**

Plaintiffs,

v.

**KAREN HANDEL, in her official capacity**
**as Secretary of State for the State of**
**Georgia; THE DEKALB COUNTY**
**BOARD OF REGISTRATION AND**
**ELECTIONS; et al.,**

Defendants.

_____

**CIVIL ACTION FILE NO.**
**1:09-CV-2674-TWT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 2, 2010 I electronically filed **Defendants'**

**Statement of Undisputed Material Facts** with the Clerk of Court using the

CM/ECF system, which will automatically send e-mail notification of such filing

to the following attorney of record:

> Nancy G. Abudu, Esq,
> Laughlin McDonald, Esq.
> American Civil Liberties Union
> Voting Rights Project
> 230 Peachtree Street, NW, Suite 1440
> Atlanta, GA 30303

Chara Fisher Jackson, Esq.
American Civil Liberties Union of Georgia
1900 The Exchange, S.E.
Bldg. 400, Suite 425
Atlanta, GA 30339

Neil Bradley, Esq.
3276 Wynn Drive
Avondale Estates, GA 30002

Brian Spears, Esq.
1126 Ponce de Leon Avenue, NE
Atlanta, GA 30306

Stefan Ritter, Esq.
Sr. Assistant Attorney General
State Law Department
40 Capitol Square, SW
Atlanta, GA 30334

This is to further certify that the foregoing document was prepared using 14 pt Times New Roman font.

_s/ Brenda A. Raspberry_
BRENDA A. RASPBERRY
SR. ASSISTANT COUNTY ATTORNEY
Georgia Bar No. 595130