IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HASSAN SWANN, et al.,

   Plaintiffs,

     v.

KAREN HANDEL
in her official capacity as Secretary of
State for the State of Georgia, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:09-CV-2674-TWT

ORDER

This is a civil rights action.  It is before the Court on the Court's Order of May 25, 2010.  The Plaintiff Hartfield has not complied with the Order.  This action is dismissed as to the Plaintiff Hartfield for failure to comply with a lawful Order of the Court.

SO ORDERED, this 30 day of September, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\09\Swann\dismiss.wpd