IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HASSAN SWANN

     Plaintiff

v.

KAREN HANDEL, et al

     Defendants

CIVIL ACTION NO.
1:09cv2674-TWT

O R D E R

The above case is dismissed for lack of subject matter jurisdiction.


SO ORDERED, this 24th day of April, 2012.


        /s/Thomas W. Thrash
        THOMAS W. THRASH, JR.
        UNITED STATES DISTRICT JUDGE

09cv2674 dismiss.wpd